# SEALED

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

___FILED   ___RECEIVED
___ENTERED ___SERVED ON
          COUNSEL/PARTIES OF RECORD

2010 JUL 23  A 10: 49

CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-0303-GMN (LRL)<br>) |
| JOSHUA WEISSBUCH, | )<br>) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On July 22, 2010, defendant JOSHUA WEISSBUCH pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant JOSHUA WEISSBUCH shall pay a criminal forfeiture money judgment of $200,000.00 in United States Currency to the United states of America, pursuant to Fed. R. Crim. P. 32.2(b)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOSHUA WEISSBUCH a criminal forfeiture money judgment in the amount of $200,000.00 in United States Currency.

DATED this 26th day of July, 2010.

_____
Gloria M. Navarro
United States District Judge