

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  ROB W. MACDONALD
    Assistant United States Attorney
 3  333 Las Vegas Blvd., So.,
    Las Vegas, Nevada 89101
 4  (702) 388-6336
 5
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-cr-00303-GMN-LRL |
| Plaintiff, ) | |
| ) | **GOVERNMENT'S SEALED** |
| vs ) | **MOTION TO UNSEAL** |
| ) | |
| JOSHUA WEISSBUCH, ) | |
| ) | |
| Defendant. ) | |

The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Rob W. MacDonald, Assistant United States Attorney, respectfully moves to unseal this case. The United States failed to request that this case be unsealed after defendant's sentencing, and therefore moves to do so at this time.

DATED this 18th day of October, 2011.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

ROB W. MACDONALD
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-00303-GMN-LRL (Sealed) |
| vs. | ) | |
| JOSHUA WEISSBUCH, | ) | **ORDER** |
| Defendant. | ) | |

Based on the pending motion to unseal the case,

**IT IS THEREFORE ORDERED** that the case be unsealed.

**DATED** this 20th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

2