1  DANIEL G. BOGDEN
   United States Attorney
2  ROB W. MACDONALD
   Assistant United States Attorney
3  333 Las Vegas Blvd., So.,
   Las Vegas, Nevada 89101
4  (702) 388-6336

5

6              **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF NEVADA**

8

9
   UNITED STATES OF AMERICA,           )
10                                      )
                Plaintiff,              )   2:10-cr-00303-GMN-VCF
11                                      )
        vs                              )   **GOVERNMENT'S AMENDED**
12                                      )   **MOTION TO UNSEAL(SEALED)**
   JOSHUA WEISSBUCH,                    )
13                                      )
                Defendant.              )
14 _____ )

15
           The United States, by and through Daniel G. Bogden, United States Attorney,
16
   District of Nevada, and Rob W. MacDonald, Assistant United States Attorney, respectfully moves
17
   to unseal this case, with the exception of the government's motion for downward departure and
18
   defendant's sentencing statement (Dkt #'s 18 and 19), which the government respectfully moves
19
   to remain sealed.
20

21 DATED this 21st day of October, 2011.

22                                              Respectfully Submitted,

23                                              DANIEL G. BOGDEN
                                                United States Attorney
24

25                                              _____/s/_____
                                                ROB W. MACDONALD
26                                              Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cr-00303-GMN-LRL (Sealed) |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JOSHUA WEISSBUCH, ) | |
| ) | |
| Defendant. ) | |

Based on the pending motion to unseal the case,

**IT IS THEREFORE ORDERED** that the case be unsealed, except that the government's motion for downward departure and defendant's sentencing statement (Dkt #'s 18 and 19) shall remain sealed.

**DATED** this 24th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

2